Lott, Warren G & Catherine          09-13937

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-13937 A | LOTT, WARREN G. |
| 92004909759466 | LOTT, CATHERINE MARIE |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

VOID AFTER 90 DAYS         128
TID #380290                60-249 / 433
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date   04/21/2011      $ **********15.03

~~~Fifteen Dollars and 03/100

Pay to the Order of   CHECK, UNITED STATES BANKRUPTCY COURT

*[signature]*
MICHAEL CHIASSON, Trustee

3024931: 92004909759466

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228474      - KW
* * C O P Y * *
April 25, 2011
14:26:21

UNC.UNDER$25
09-13937

Debtor.: WAREN G LOTT
Trustee: Michael Chiasson
Amount.:                $15.03 CH
Check#.: 128

Total-> $15.03

FROM: CHIASSON

4/25/11
Deposit to 106000
Treasury Account

Due: Clement Fire & Safety Co.

cl.